# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 06-00142-WS |
| | : | |
| GABRIEL LOPEZ | : | |
| | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the Habeas Corpus Petition (Docs. 156, 157) filed by Gabriel Lopez, the Report and Recommendation of the Magistrate Judge (Doc. 165) made under 28 U.S.C. § 636 (b)(3) is ADOPTED as the opinion of this Court. Petitioner's petition is hereby DISMISSED WITHOUT PREJUDICE as premature.

**DONE** and **ORDERED** this the 23rd day of June, 2010.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE