## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

GABRIEL LOPEZ,                          *
                                        *
    Petitioner,                         *
                                        *   CRIMINAL NO. 06-00142-WS-B
  vs.                                  *
                                        *   CIVIL NO. 11-00735-WS-B
UNITED STATES OF AMERICA,               *
                                        *
    Respondent.                         *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Lopez's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 174) be **DISMISSED** as time-barred, that Lopez's Motion to Preserve (Doc. 190) be **DENIED** as moot, that Lopez's motion for appointment of counsel (Doc. 188) be **DENIED**, and that Lopez is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 22nd day of April, 2014.


        **s/WILLIAM H. STEELE**
        **CHIEF UNITED STATES DISTRICT JUDGE**