## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| GABRIEL LOPEZ, | * |
| Petitioner, | * |
| | * CRIMINAL NO. 06-00142-WS-B |
| vs. | * |
| | * CIVIL NO. 11-00735-WS-B |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Lopez's Motion to Vacate, Set Aside, or Correct Sentence (Doc. 174) be **DISMISSED** as time-barred, and that Lopez is not entitled to a certificate of appealability, and consequently, is not entitled to appeal *in forma pauperis*.

**DONE** this 22nd of April, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE