IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GABRIEL LOPEZ,                          :

    Petitioner,                     :
                                          CIVIL ACTION 16-00346-WS-M
v.                                      :
                                          CRIMINAL ACTION 06-00142-WS-M
UNITED STATES OF AMERICA,               :

    Respondent.                     :

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Respondent's Motion to Dismiss (Doc. 217) be GRANTED, that Petitioner's Motion to Vacate (Doc. 214) be DISMISSED, and that any certificate of appealability filed by Petitioner be DENIED as he is not entitled to appeal *in forma pauperis*.

DONE this 31st day of October, 2016.

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE